Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Southern_ DIVISION

_R. Underwood_ §
§
versus §   CIVIL ACTION NO. _____
_Ocwen Loan Services_ §
_____ §
_____ §
§

ORIGINAL COMPLAINT

Overcharges on taxes, and insurance that caused incorrect escrow charges plus adding penalties and interest on top of that.

I was told that they were going to make adjustments which never happened, and was told not to worry about making payments until the problem was settled, and was accepting any payments till this was done.

Appeal and request for dismissal of all claims because of incorrect escrow and deceptive trade practices

Ocwen Loan Service
1661 Worthington Rd Suite 100
West Palm Beach FL 33409

vs

R L Underwood
PO Box 8241
Houston TX 77288