UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

January 29, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Rodney Underwood, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-4593 |
| | § | |
| Ocwen Loan Services, | § | |
| | § | |
| Defendant. | § | |

----------------------------------------------------------------

| | | |
|---|---|---|
| Rodney Underwood, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-4676 |
| | § | |
| Ocwen Loan Servicing LLC, | § | |
| | § | |
| Defendant. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-18-4593. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action H-18-4593, *Rodney Underwood v. Ocwen Loan Services.* Use only this style and number.

Signed on January 29, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge