Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Gibbs   ☐ Lytal |
| DATE | 10/28/2019 |
| TIME | 4:15 p.m. — 5:03 p.m. |
| CIVIL ACTION | H — 18 — 4593 |
| STYLE | Rodney E. Underwood *versus* Ocwen Loan Service |

DOCKET ENTRY

☑ Conference,  ☐ Hearing, Day ____  ☐ Bench  ☐ Jury Trial   Reporter: L. Smith

Rodney Underwood _____ for Underwood
Brenda Hard-Wilson _____ for Ocwen
_____ for _____
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☑ Rulings rendered on: Nickolas Anthony Spencer must refund Rodney E Underwood's fee. The case is dismissed as res judicata.

07-2019